Mary Ellen Petcavage

**From:** beth ann delaney [bdelaney@epix.net]
**Sent:** Monday, October 27, 2003 10:46 AM
**To:** Mary Ellen Petcavage
**Subject:** Meeting

Mary Ellen,

Just received a call from Sharon. She if very upset & seems to be building a hostile environment case. If some of what Sharon reports is true regarding Melissa's eval & subsequent discussions including her email, I am concerned she may have a case.

I strongly suggest that we schedule a meeting with you, me, Melissa & Sharon. First, I recommend a meeting with you & Melissa. Sharon agrees to meet.

Please discuss with Chris/Tom to get the ok & let me know. Thanks.....Beth Ann

CONFIDENTIAL

000549