IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON SCHMID, | : | CIVIL ACTION NO. **3:CV-05-1660** |
| Plaintiff | : | |
| v. | : | Magistrate Judge Blewitt |
| BORTON-LAWSON ENGINEERING, INC., et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW, this** 17th **day of October, 2007,** after the concurrence of all counsel on the record during the October 17, 2007 telephonic conference, **IT IS HEREBY ORDERED THAT** the Order entered on September 27, 2007 (Doc. 85) regarding discovery issues is amended as follows:

Within ten (10) days of the September 27, 2007 Order, Defendant Delaney shall produce the following requested documents to Plaintiff:

> 3.   All federal and state tax returns, as well as all schedules, 1099 forms, W-2 forms and other documents filed by you for each year from 2001 to 2006.

> 4.   All federal and state tax returns, as well as all schedules, 1099 forms, W-2 forms and other documents filed by any entity of which you are an officer or partner, including, but not limited to Signet Health Solutions, for each year from 2001 to 2006.

**IT IS FURTHER ORDERED** that Plaintiff's Interrogatories to Defendant Delaney regarding assets owned by Defendant Delaney, that seek information with regard to Plaintiff's punitive damages claim, are deemed premature and, as such, Defendant Delaney is not required to respond

to those Interrogatories.

Plaintiff's Interrogatories to Defendant Borton-Lawson referenced in the September 27, 2007 Order, as well as any other pending discovery requests, shall be responded to in compliance with the Federal Rules.

_____
THOMAS M. BLEWITT
United States Magistrate Judge

Dated: October 17, 2007