# GEORGE R. BARRON
Attorney and Counselor at Law
88 North Franklin Street
Wilkes-Barre, Pennsylvania 18701
Telephone: (570) 824-3088
Fax: (570) 825-6675
grb@attorneybarron.com

January 4, 2008

The Honorable Thomas M. Blewitt
William J. Nealon Federal Building
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

    Re:    Schmid v. Borton-Lawson Engineering, Inc., et al.
            No.: 3:05-CV-1660

Your Honor:

    I am pleased to inform you that plaintiff has resolved this case as to defendants Borton Lawson Engineering, Inc., Christopher Borton, Thomas Larson, Melissa Fisher and Mary Ellen Petcavage. The case will continue against the remaining defendants.

    In light of the above, I am writing to respectfully request a sixty day Order.

                                    Sincerely,

                                    /s/George R. Barron
                                  George R. Barron, Esq.

GRB/cb
cc (via ECF):  All Counsel